Hillel Fisher

1203 Mercedes Bend Toms River, NJ 07855

646-4622321 Email: Fisherhillel360@gmail.com

September 8, 2024

Dear Honorable Judge,Kenneth M. Karas

## In the matter: Shteierman V, Fisher at el. 7:24-cv-03978-KMK

Dear Judge,

Regarding the plaintiff's letter Docket #27, I am bringing the following points to your attention:

Firstly, the plaintiff failed to provide me with a copy of their letter, as required.

Secondly, the plaintiff cannot file letters as pro se because they stated in their letter (Docket #4) that Christian Martinez, Esq, represents them. All filings should be made through their attorney.

Thirdly, the exhibit I attached to my previous letter showing the plaintiff's history of practicing law without a license is admissible. The plaintiff is attempting to hide their criminal activity.

Furthermore, the plaintiff falsely claims that Attorney Joel Schenk, Esq. helped me draft my letters. I affirm that I have not received any assistance from Attorney Schenck, nor have I hired him. Most of the cases I cited were provided by my criminal attorney, Gedalia M. Stern, Esq., whom I hired to ensure that the authorities were notified of the plaintiff's criminal activities.

Lastly, the plaintiff is attempting to confuse the court with false facts. For instance, they claim that I should have filed an affidavit or certification regarding who controls the phone number 917-627-0139. However, the plaintiffs themselves listed this phone number as their cellphone number, but it also appears on the notice of appearance of Christian Martinez, Esq.

This raises questions about who controls this phone number - the plaintiff, Attorney Martinez, or if the plaintiff is using Attorney Martinez's name to practice law without a license.

As mentioned earlier, the affidavit of service is false, and I have not been served. The description provided does not match my actual physical appearance, and I request a pre-conference motion to dismiss.

Respectfully submitted,

Dated: September 8, 2024

/s/Hillel Fisher

Hillel Fisher

1203 Mercedes Bend Toms River, NJ 07855

646-4622321 Email: Fisherhillel360@gmail.com