UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YITZCHOK SHTEIERMAN,

                        Plaintiff,

    v.

HILLEL FISHER, *and* ISRAEL MEIR FARKASH,

                        Defendants.

No. 24-CV-3978 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

       On October 29, 2024, the Court vacated the entry of default, (Dkt. No. 36), and ordered Defendants Hillel Fisher and Israel Meir Farkash to provide their current home and business addresses within 10 days. (*See* Order (Dkt. No. 46) at 3.) More than 10 days have elapsed, and while Hillel's submission dated October 30, 2024, can be construed as providing his address, it is neither clear whether this is his home or business address nor does the submission, styled as a letter motion to change venue, comport with the Court's previous order. (*See* Ltr. Mot. to Change Venue (Dkt. No. 47).) Farkash has made no submissions. (*See generally* Dkt.)

       Owing to the solicitude generally shown pro se parties, Defendants are provided a further, final opportunity to comply with the Court's order. Accordingly, it is hereby ORDERED that Defendants shall each file on the docket a letter listing each's home and business address so as to facilitate service by Plaintiff. Defendants shall file these letters by no later than November 20, 2024. Plaintiff is instructed to properly serve Defendants by no later

than December 30, 2024. Once served, Defendants shall answer or otherwise respond to the

Complaint within 21 days of the date of service, as per Federal Rule of Civil Procedure 12(a)(1).

SO ORDERED.

Dated: November 11, 2024
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge

2