UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YITZCHOK SHTEIERMAN,

                              Plaintiff,

       v.

HILLEL FISHER, *et al.*,

                              Defendants.

No. 24-CV-3978 (KMK)

<u>ORDER</u>

---

KENNETH M. KARAS, United States District Judge:

On March 27, 2026, the Court granted Defendants' Motion to Dismiss the Complaint and granted Plaintiff 30 days to file an amended complaint, informing Plaintiff that failure to do so would result in the dismissal with prejudice of any claims dismissed without prejudice. (*See* Op. & Order 15–16 (Dkt. No. 69).) Plaintiff did not timely amend. (*See* Dkt.) Accordingly, the Court converts its prior dismissal without prejudice to dismissal with prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

 Dated: May 14, 2026
        White Plains, New York

                              _____
                              KENNETH M. KARAS
                              United States District Judge